```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

**DAVID BRANDON BALL,**

      Petitioner,

v.                                          Civil Action No. 2:16-cv-5558
                                                (Criminal No. 2:15-cr-0071)

**UNITED STATES OF AMERICA,**

      Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, filed June 20, 2016.

This action was previously referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to the court of her Proposed Findings and Recommendations ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On February 16, 2018, Magistrate Judge Eifert entered her PF&R recommending that the motion to vacate, set aside, or correct a sentence be denied, and that this matter be dismissed and removed from the docket of this court. The court having reviewed the record in this proceeding; and there being no

objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the petitioner's motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, denied, and that this matter be dismissed and removed from this court's docket.

The Clerk is directed to forward copies of this written opinion and order to the petitioner, all counsel of record, and Magistrate Judge Cheryl A. Eifert.

DATED: June 15, 2018

John T. Copenhaver, Jr.
United States District Judge